UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

MARIA VIKTOROVNA DARSKAYA,

Plaintiff,

vs.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security, et al.,

Defendant.

C06-308 JLR

**MINUTE ORDER**

**REASSIGNING CASE**

Pursuant to the Amended General Order entered by the Chief Judge on

November 3, 2004, this action has been reassigned to the Honorable James L. Robart, United

States District Judge.

All future documents filed in this case must bear the cause number C06-308 JLR and bear

the Judge's name in the upper right hand corner of the document.

Dated this 21st day of April, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
Peter H. Voelker, Deputy Clerk